United States District Court
Eastern District of Louisiana

Henderson Ford                              Civil Action

                                            **18-5687**

vs                                          Case No

                                            **SECT. G MAG. 3**

Baptist Community Health                    Section
Service

                    Complaint

Jurisdiction
    American with Disabilities Act of 1990; 42 § 1802.1
and 42; 12182 (b)

Supplemental Jurisdiction
    Louisiana Civil Rights for Person with Disabilities
Act; 46:2253 and 46:2254(b)

Parties
    Plaintiff Henderson Ford

    Defendant Franklin

Fee
Process
X Dktd
CtRmDep
Doc. No.

## Complaint

(1) Plaintiff contends that on or about February 28, 2018, Plaintiff try to go in Baptist Community Health Service but was denied access to the business because the business do not have a handicapp ramp for a person in a wheel chair

(2) Plaintiff contend that he is handicapp because his right leg is cut off (6) inches below his knee

(3) On March 1, 2018 Plaintiff mailed to the defendant a notice of action, explainions to the defendant how he is violating the American with Disabilities Act

(4) Plaintiff contend that the defendant never answer or respond to the notice of action

(5) On April 11, 2018 Plaintiff sent the a second notice of action, and if the defendant do not respond by April 27, 2018, civil suit will be filed against your business

(6) Plaintiff contend that the defendant never answer or respond to the second notice of action

(7) Plaintiff contend that the defendant denied plaintiff to the service, good and his enjoyment of life to go freely in and out of place of public accommodation

## Relief

(8) The Defendant to pay all court cost

(9) Plaintiff request trial by Jury

(10) The Defendant to pay Plaintiff Twenty-five Thousand dollars ($25,000.00) for denying Plaintiff with his enjoyment of life

(11) The Defendant to pay Plaintiff Twenty-five Thousand dollars ($25,000.00) for violating his civil right under Americans with Disabilities Act

(12) The Defendant to pay Plaintiff Twenty-five Thousand Dollars ($25,000.00) for violating his civil rights under Louisiana civil right for person with Disabilities Act.

(13) Plaintiff to be awarded cost

Thus done on this date of 6-4-18

Respectfully submitted

Henderson Jr.

Henderson Ford
2446 N. Dorgenois St Apt C
New Orleans, LA 70117
(504) 900-5810