UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | **CIVIL ACTION NO: 18-05687** |
| | * | |
| **HENDERSON FORD** | * | **HON. NANNETTE JOLIVETTE BROWN** |
| | * | |
| **VS.** | * | **HON. DANA DOUGLAS (MAG.)** |
| | * | |
| **BAPTIST COMMUNITY HEALTH SERVICE** | * | **SECTION "G" (3)** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Considering the above and foregoing,

**IT IS ORDERED** that Plaintiff's Petition for Damages under Title III of the Americans with Disabilities Act against BAPTIST COMMUNITY HEALTH SERVICE, in the above and entitled number case is dismissed *with prejudice*, with Baptist Community Health Service to bear court costs.

Signed this ___26th___ day of August, 2019, in New Orleans, Louisiana.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**